**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                  4:10-CR-00233-02-BRW

**GREGORY WILSON**

### ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 86). The Clerk's office is directed to issue a summons for the defendant, Gregory Wilson, and a Hearing on the Motion is set for Friday, June 20, 2014 at 3:00 p.m., before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, **Courtroom #A401**, Little Rock, Arkansas. Christophe A. Tarver, Assistant Federal Public Defender, is appointed to represent Mr. Wilson.

IT IS SO ORDERED this 13th day of May, 2014.

                                       /s/Billy Roy Wilson
                             UNITED STATES DISTRICT JUDGE